IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

REGINA ROBINSON AND
CAROL ROBINSON,

        *Plaintiffs*,

v.

KANSAS DEPARTMENT
OF CORRECTIONS,

        *Defendant*.

Case No. 24-CV-4105-EFM-BGS

**MEMORANDUM AND ORDER**

    Before the Court is a Renewed Motion for a Temporary Restraining Order (Doc. 8) brought by Plaintiffs Carol Robinson and Regena Robinson. On October 25, 2024, the parties came before the Court for an oral hearing. At the hearing, the Court resolved the Renewed Motion for injunctive relief as stated below:

1. The parties have stipulated that KDOC will provide appropriate access to Plaintiff Regena Robinson's counsel.

2. The parties have stipulated that Plaintiff Regena Robinson will not be released from the health care facility against medical advice.

3. Because Defendant is allowing Plaintiff Regena Robinson's mother, Carol Robinson, to visit her at the prison, Plaintiff withdraws her request for medical visitation at this time with respect to the injunctive claim.

**IT IS THEREFORE ORDERED** that Renewed Motion for a Temporary Restraining Order (Doc. 8) is **GRANT in part** and **DENIED in part**.

**IT IS SO ORDERED.**

Dated this 25th day of October, 2024.

ERIC F. MELGREN
CHIEF UNITED STATES DISTRICT JUDGE